S. BALDWIN CHAPMAN, Appellant, *v.* ANDREW S. WHEELER, Respondent.

(Submitted June 11, 1872 ; decided November 12, 1872.)

*A. H.* and *W. E. Osburn* for the appellant.

*Hagner* and *Goodge* for the respondent.

Agree to affirm.
No opinion.
Order affirmed.